UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NELIN ("NELLIE") XIOMARA GONZALEZ ELVIR AND ESTEVAN LOPEZ COELLO,<br><br>Plaintiffs,<br>VERSUS<br><br>TRINITY MARINE PRODUCTS, INC.; LINCOLN ELECTRIC COMPANY; ABC INSURANCE COMPANY; AND DEF INSURANCE COMPANY,<br>Defendants. | CIVIL ACTION NO.: 16-814-JJB-EWD<br><br>JUDGE: JAMES J. BRADY<br><br>MAGISTRATE: ERIN WILDER-DOOMES |

## MOTION TO SUBSTITUTE THE PROPOSED FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, NELIN ("NELLIE") XIOMARA GONZALEZ ELVIR AND ESTEVAN LOPEZ COELLO, who, in accordance with the Order[1] of the this Honorable Court, request leave of this Court, to file the attached First Supplemental and Amended Complaint to substitute the previously filed Supplemental and Amending Complaint.[2]

This Motion for Leave and the substitute Amended Complaint are being filed within the deadline established by the Court's order.[3] Moreover, the proposed substitute Amended Complaint is a comprehensive complaint which includes all plaintiffs' numbered allegations, as revised, supplemented, and/or amended and should become the operative complaint in this matter.

WHEREFORE, Plaintiffs respectfully request that the Court enter the accompanying order granting their Motion for Leave to Substitute The Proposed First Amended Complaint, ordering that the attached First Amended Complaint be filed into the Court record, and all defendants be

---

[1] R. Doc 14, dated 03/24/17

[2] See R. Doc. 13-2.

[3] R. Doc. 14.

cited and served with same, and ordering the Clerk of Court to re-style the cause as reflected in Plaintiffs' First Amended Complaint.

        RESPECTFULLY SUBMITTED:
        LAW OFFICE OF JOHN W. REDMANN, LLC

        /s/ *John W. Redmann*
        _____
        JOHN W. REDMANN, #19984
        EDWARD L. MORENO, #30838
        TRAVIS J. CAUSEY, JR., #36372, Of Counsel
        1101 Westbank Expressway
        Gretna, Louisiana 70053
        Telephone:  (504) 433-5550
        Facsimile:  (504) 433-5556
        Email: jwredmann@gmail.com
        Email: emoreno@redmannlaw.com
        Email: tcausey@redmannlaw.com

**CERTIFICATE OF SERVICE**:

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was filed electronically this day with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the all counsel of record by operation of the Court's electronic filing system.

This, the 30 th day of March, 2017.

        /s/ *John W. Redmann*
        _____
        John W. Redmann